**Lynn ATKINSON, Jr., Plaintiff–Appellant,**

and

**James Barrett, III, Plaintiff,**

v.

**Jeannie LANCASTER; Theodore C. Smiley; Frank Evans; Rudy S. Brandon; Jeffrey Williams, Defendants–Appellees.**

No. 00–7692.

United States Court of Appeals, Fourth Circuit.

Submitted March 8, 2001.

Decided March 16, 2001.

Lynn Atkinson, Jr., pro se.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Lynn Atkinson, Jr., a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *Atkinson v. Lancaster,* No. CA–00–625–5–BR (E.D.N.C. Nov. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*